| AO 10<br>Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2017** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Smith, Rebecca B. | 2. Court or Organization<br><br>Eastern District of Virginia | 3. Date of Report<br><br>05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>United States District Court<br>600 Granby Street<br>Norfolk, Virginia 23510 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | General Douglas MacArthur Foundation, Norfolk, Va |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Branch Bank & Trust Co. Bank Account | A | Interest | J | T | | | | | |
| 2. Investment Account #1 directing (line 3) | | | | | | | | | |
| 3. IRA-Brokerage Account #1 holding (lines 4-34) | | | | | | | | | |
| 4. Schwab Govt. Money Fund | A | Int./Div. | L | T | | | | | |
| 5. Standard & Poor's Midcap 400 (now I'Shares S & P 400) | A | Int./Div. | J | T | | | | | |
| 6. IShares TR Bond, now IShares Int Credit Bond | A | Int./Div. | K | T | | | | | |
| 7. Wisdomtree Trust now Wisdomtree Emrg Mkts | A | Int./Div. | K | T | | | | | |
| 8. IShares S & P 500 Value | B | Int./Div. | M | T | | | | | |
| 9. Vanguard FTSE ETF | B | Int./Div. | L | T | | | | | |
| 10. Wisdomtree Small Cap | A | Int./Div. | J | T | | | | | |
| 11. IShares EDG MSCi USA VAL | B | Int./Div. | L | T | Buy | 09/08/17 | L | | |
| 12. IShares EDG MSCI USA QLTY | B | Int./Div. | L | T | Buy | 09/08/17 | L | | |
| 13. Taxable Bonds: | | | | | | | | | |
| 14. Gov't Natl Mtg. Assn Pool 5/15/20 Medium Term Notes | A | Int./Div. | | | Redeemed | 03/15/17 | J | | |
| 15. Fed Farm CR BK 6/8/17 | | None | | | Redeemed | 06/08/17 | J | | |
| 16. Amgen 11/15/21 | A | Int./Div. | J | T | | | | | |
| 17. Maryland St Sta 12/15/18 | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UST Infl Idx 1/15/21 | A | Int./Div. | J | T | | | | | |
| 19. BP Capital Mkt P 10/1/20 | A | Int./Div. | J | T | | | | | |
| 20. US Treasury Note 2/15/22 | A | Int./Div. | J | T | | | | | |
| 21. Altera Corporaltion 11/15/18 | A | Int./Div. | J | T | | | | | |
| 22. Amazon 11/29/17 | A | Int./Div. | | | Redeemed | 11/29/17 | J | A | |
| 23. John Deere Capital 9/11/20 | A | Int./Div. | K | T | | | | | |
| 24. Procter & Gamble 8/15/23 | A | Int./Div. | K | T | | | | | |
| 25. Fairfax County VA 4/1/22 | A | Int./Div. | J | T | | | | | |
| 26. Florida Hurricane 7/1/20 | A | Int./Div. | J | T | | | | | |
| 27. US Treasury NT (5/15/21) | A | Int./Div. | J | T | | | | | |
| 28. US Treasury NT (11/15/23) | A | Int./Div. | J | T | | | | | |
| 29. US Treasury NT (2/15/24) | A | Int./Div. | J | T | | | | | |
| 30. Tennessee Valley Authority (4/1/18) | A | Int./Div. | J | T | | | | | |
| 31. Oracle Corporation (7/8/19) | A | Int./Div. | J | T | | | | | |
| 32. Microsoft Corp. (2/12/22) | A | Int./Div. | J | T | | | | | |
| 33. US Treasury NT (1/21/18) | | None | K | T | Buy | 12/21/17 | K | | |
| 34. JP Morgan Chase (4/23/19) | | None | J | T | Buy | 01/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Farm, ▢▢▢ (See VIII for explanation) | G | | N | W | Sold (part) | 12/31/17 | M | F | Pine View Forestry, LLC |
| 36. Investment Account #2 directing (line 37) | | | | | | | | | |
| 37. Brokerage Account #2 holding (lines 38-96) | | | | | | | | | |
| 38. Schwab Govt Money Fund | A | Int./Div. | K | T | | | | | |
| 39. Equities/Stocks: | | | | | | | | | |
| 40. A T & T Inc. | A | Dividend | J | T | | | | | |
| 41. Ace Limited (name change to Chubb Ltd on 1/19/16) | A | Dividend | K | T | | | | | |
| 42. Auto Data Processing | A | Dividend | K | T | | | | | |
| 43. Cisco Systems Inc. | | None | K | T | | | | | |
| 44. Dollar Tree Inc. | | None | K | T | | | | | |
| 45. DuPont E I De Nemours & Co. (now Dow Dupont Inc.) | A | Dividend | K | T | | | | | |
| 46. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 47. Exxon Mobil Corp. | B | Dividend | K | T | | | | | |
| 48. General Electric Co. | | None | J | T | | | | | |
| 49. Honeywell International | B | Dividend | L | T | | | | | |
| 50. Johnson & Johnson | B | Dividend | K | T | | | | | |
| 51. J.P. Morgan Chase & Co. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Kraft Foods, Inc name changed to Mondelez on 10/2/12 | A | Dividend | K | T | | | | | |
| 53. Microsoft Corp. | B | Dividend | L | T | | | | | |
| 54. Pepsico Inc. | A | Dividend | K | T | | | | | |
| 55. Verizon Communications | A | Dividend | K | T | | | | | |
| 56. Canadian Natl Ry Co | A | Dividend | K | T | | | | | |
| 57. Home Depot | B | Dividend | L | T | | | | | |
| 58. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 59. Travelers Companies | A | Dividend | K | T | | | | | |
| 60. Vanguard Div Apprciation | A | Dividend | K | T | | | | | |
| 61. Chevron Corporation | A | Dividend | K | T | | | | | |
| 62. Wal-Mart Stores Inc | A | Dividend | K | T | | | | | |
| 63. Apple Inc | A | Dividend | K | T | | | | | |
| 64. Amgen Incorporated | A | Dividend | K | T | | | | | |
| 65. McDonalds Corp | A | Dividend | K | T | | | | | |
| 66. Kraft FoodsGroup now Kraft Heinz Co. | A | Dividend | K | T | | | | | |
| 67. Delta Airlines Inc. | A | Dividend | K | T | | | | | |
| 68. Discover Financial SVCS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Aetna Inc. | A | Dividend | | | Sold | 01/10/17 | J | A | |
| 70. Skyworks Solutions | A | Dividend | J | T | | | | | |
| 71. Valero Energy Corp. | A | Dividend | K | T | | | | | |
| 72. Adobe Systems Inc. | | None | K | T | | | | | |
| 73. Alphabet Inc. | | None | J | T | | | | | |
| 74. Starbucks Corp | A | Dividend | K | T | | | | | |
| 75. Stryker Corp | A | Dividend | K | T | | | | | |
| 76. Unitedhealth Grp Inc. | A | Dividend | K | T | | | | | |
| 77. Walt Disney Co | A | Dividend | K | T | | | | | |
| 78. Vanguard Ftse Developed | B | Dividend | J | T | | | | | |
| 79. Principal Financial | A | Dividend | K | T | Buy | 11/20/17 | K | | |
| 80. Tax Exempt Bonds: | | | | | | | | | |
| 81. Fairfax Cnty Va ECO 05/15/17 | A | Interest | | | Redeemed | 05/15/17 | J | | |
| 82. Hanover County VA Eco 04/01/18 | A | Interest | K | T | | | | | |
| 83. Virginia St Res Aut 11/01/19 | A | Interest | K | T | | | | | |
| 84. Richmond Va Met 7/15/22 | B | Interest | K | T | | | | | |
| 85. Fairfax Co Wtr Au 4/1/21 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Charlottesville Va 7/15/27 | A | Interest | J | T | | | | | |
| 87. Fairfax Cnty Va Wtr 4/1/20 | A | Interest | K | T | | | | | |
| 88. Falls Church VA 7/15/23 | A | Interest | K | T | | | | | |
| 89. VA CLG BLDG Auth 9/1/17 | | None | | | Redeemed | 09/01/17 | K | | |
| 90. VA St Pub Sch Auth (12/1/21) | B | Interest | K | T | | | | | |
| 91. Poquoson VA (2/15/27) | A | Interest | K | T | | | | | |
| 92. US Treasury NT (3/31/18) | | None | J | T | Buy | 07/20/17 | J | | |
| 93. US Treasury NT (6/30/18) | | None | J | T | Buy | 07/21/17 | J | | |
| 94. US Treasury NT (9/30/18) | | None | J | T | Buy | 09/26/17 | J | | |
| 95. US Treasury NT (12/15/18) | | None | J | T | Buy | 12/14/17 | J | | |
| 96. Loudoun CNTy VA (12/01/27) | | None | K | T | Buy | 10/11/17 | K | | |
| 97. Wells Fargo | A | Interest | M | T | | | | | |
| 98. Rental Property #1, Norfolk, VA | E | Rent | N | W | | | | | |
| 99. C.A. Associates, 2%, Norfolk, VA | D | Dividend | K | W | | | | | |
| 100. Friends of Cedar Point Country Club | | None | J | T | | | | | |
| 101. IRA-Brokerage Acct #3 directing and holding (lines 102-132) | | | | | | | | | |
| 102. UBS Financial Services IRA Partial Dist. | D | Distribution | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Washington Real Estate Investment Fund | A | Int./Div. | K | T | | | | | |
| 104. IShares Trust Russell 1000 Value Index (now Ishares Inter Credit Bond) | A | Int./Div. | J | T | | | | | |
| 105. IShares Trust Russell Midcap Value Index | B | Int./Div. | J | T | | | | | |
| 106. IShares Trust Russell Midcap Growth Index | B | Int./Div. | J | T | | | | | |
| 107. IShares MSCI EAFE Index Fund | B | Int./Div. | J | T | | | | | |
| 108. IShares MSCI Emerging Markets Index | A | Int./Div. | J | T | | | | | |
| 109. Vanguard Index Funds Vanguard Value ETF | B | Int./Div. | J | T | | | | | |
| 110. Vanguard Index Funds Vanguard Small Cap | C | Int./Div. | J | T | | | | | |
| 111. Vanguard Index Funds Vanguard Growth | C | Int./Div. | J | T | | | | | |
| 112. Vanguard REIT ETF | A | Int./Div. | J | T | | | | | |
| 113. IShares IBoxx $ Invt Gra De Corp Fund | A | Int./Div. | J | T | | | | | |
| 114. Fed. Govt Income Fund Class A | | None | J | T | | | | | |
| 115. Lord Abbett Intermediate Tax Fund | A | Int./Div. | K | T | | | | | |
| 116. Thornburg Limited Term Fund | | None | K | T | | | | | |
| 117. Wells Fargo Advantage Intermediate | A | Int./Div. | K | T | | | | | |
| 118. Wells Fargo Advantage Municipal Fund | A | Int./Div. | K | T | | | | | |
| 119. IShares 7-10 Year Treas Bond ETF | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Blackrock High Yield | | None | K | T | | | | | |
| 121. Goldman Sachs Strategic Income | | None | K | T | | | | | |
| 122. Nuveen Symphony Floating | | None | K | T | | | | | |
| 123. Prudential Short Term Corporate Bond | | None | K | T | | | | | |
| 124. Virtus Multi-Sector Short Term Bond | | None | K | T | | | | | |
| 125. AQR Managed Futures Strategy | A | Int./Div. | J | T | | | | | |
| 126. Ishares 7-10 year treas bond ETF -delete - duplicate of No. 119 above | | | | | | | | | |
| 127. Alps/Corecommodity Mangm Complete | | None | | | Sold | 02/28/17 | J | | |
| 128. IShares Tips Bond ETF | | None | | | Sold | 06/29/17 | J | | |
| 129. Tax Exempt Bonds: | | | | | | | | | |
| 130. Virginia Small Business Fing Auth 11/1/21 | A | Interest | K | T | | | | | |
| 131. Arlington Cnty Va IDA 7/1/31 | B | Interest | K | T | | | | | |
| 132. Roanoke VA EDA Hosp 7/1/20 | C | Interest | K | T | | | | | |
| 133. Brokerage Account #4 directing and holding (lines134-156) | | | | | | | | | |
| 134. Resource Management Tax Free Fund (now UBS Bank USA Dep Acct) | | None | J | T | | | | | |
| 135. Equities/Stocks: | | | | | | | | | |
| 136. IShares Trust Russell 1000 Growth Index Fund | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IShares Trust Russell Midcap Index Fund | C | Dividend | J | T | | | | | |
| 138. IShares MSCI EAFE Index Fund | B | Dividend | J | T | | | | | |
| 139. Vanguard Index Funds Vanguard Value | B | Dividend | J | T | | | | | |
| 140. Vanguard Index Funds Vanguard Growth | C | Dividend | J | T | | | | | |
| 141. IShares IBoxx $ Invt Gra De Corporate | A | Dividend | J | T | | | | | |
| 142. IShares Barclays Inter CR BD FD (now IShares Inter CR BD FD) | A | Dividend | J | T | | | | | |
| 143. AQR Managed Futures Strategy Fund | B | Dividend | J | T | | | | | |
| 144. IShares MSCI Emerging Markets | A | Dividend | J | T | | | | | |
| 145. Vanguard Index Funds Vanguard Small Cap | B | Dividend | J | T | | | | | |
| 146. IShares Inter Credit Bond (now IShares Tips Bond ETF) | | None | J | T | | | | | |
| 147. IShares Natl Amt-Free Muni Bond | | None | J | T | | | | | |
| 148. Market Vectors ETF Trust Inter Municipal (now Vaneck Vectors Municipa) | | None | J | T | | | | | |
| 149. Market Vectors ETF Trust Short Municipal (now Vaneck Vectors Short M) | | None | J | T | | | | | |
| 150. Market Vectors High Yield Muni ETF (now Vaneck Vectors Highhield) | A | Distribution | K | T | | | | | |
| 151. Powershares ETF Trust II (now Powershares Senior Ln) | | None | J | T | | | | | |
| 152. Metropolitan West Total | | None | K | T | | | | | |
| 153. Alps/Corecommodity mangm | | None | | | Sold | 02/28/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. IShares US PFD Stock EFT Index | | None | J | T | | | | | |
| 155. SPDR Euro Stoxx 50 ETF | B | Dividend | J | T | | | | | |
| 156. Pimco Total Return Active ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investments and Trusts
Line 35
Sold timber on my farm

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rebecca B. Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544